UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 19 2006 ★

BROOKLYN OFFICE

J&J SPORTS PRODUCTIONS, INC.,
As Broadcast Licensee of the May 28, 2005
ROBINSON/CHAVEZ Program,

               Plaintiff,

-against-

PROSPERO VILLALONA, Individually,
And d/b/a RESTAURANT SALVADORENO
USULUTECO a/k/a USULUTECO
SALVADORENO RESTAURANTE,

               Defendants.

**ADMISSION TO PRACTICE PRO HAC VICE**

Civil Action No. CV-06-344-ARR-MDG

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Bernarda A. Villalona is permitted to argue or try this particular case in whole or in part as counsel or advocate.

This order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated:

/S/
~~United States District Court Judge~~
Ramon E. Reyes, Jr.
US Magistrate Judge

CC: Pro Hac Vice Attorney
     Court File