DJF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
J & J SPORTS PRODUCTIONS, INC.,                  :   06-CV-344 (ARR)(RER)
                                                 :
                        Plaintiff,               :
    -against-                                    :   NOT FOR
                                                 :   PRINT OR ELECTRONIC
PROSPERO VILLALONA, Individually, and d/b/a      :   PUBLICATION
RESTAURANT SALVADORENO USULUTECO                 :
a/k/a USULUTECO RESTAURANTE                      :   ORDER
SALVADORNO a/k/a USULUTECO                       :
SALVADORENO REST., and RESTAURANT                :
SALVADORENO USULUTECO a/k/a                      :
USULUTECO RESTAURANTE SALVADORNO                 :
a/k/a USULUTECO SALVADORENO REST.,               :
                                                 :
                        Defendants.              :
---------------------------------------------------------------- X

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated August 28, 2006 from the Honorable Ramon E. Reyes Jr., United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, I hereby adopt the Report and Recommendation as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, the Clerk's Certificate of Default shall be withdrawn as improvidently entered and plaintiff's motion for a default judgment is denied.

SO ORDERED.

                                         s/ Judge Allyne R. Ross
                                         _____
                                         Allyne R. Ross
                                         United States District Judge

Dated: September 19, 2006
       Brooklyn, New York

1

SERVICE LIST:

> Plantiff's Attorney
> Julie Cohen Lonstein
> Lonstein Law Office, P.C.
> 1 Terrace Hill, Box 351
> Ellenville, NY 12428
>
> Defendants' Attorney
> Bernarda Villalona
> 5500 Wissahickon Ave, Suite M906-C
> Philadelphia, NY 19144
>
> Prospero Villalona
> 4017 5th Avenue
> Brooklyn, NY 11232-3484
>
> Restaurant Salvadoreno Usuluteco Inc.
> c/o Prospero Villalona
> 4017 5th Avenue
> Brooklyn, NY 11232

cc:    Magistrate Judge Ramon E. Reyes Jr.